United States District Court
Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6
7    GEORGE BERNARD CLEMENTS, et al.,        Case No.  24-cv-03312-LB

8              Plaintiffs,
                                             **REFERRAL FOR PURPOSE OF**
9         v.                                 **DETERMINING RELATIONSHIP**

10   MILOUS JAMES IVORY,

11             Defendant.

12
13        Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the

14   Honorable Araceli Martinez-Olguin for consideration of whether the case is related to 3:23-cv-

15   05202-AMO Clements v. Ivory et al.

16        **IT IS SO ORDERED.**

17   Dated: July 1, 2024

18                                           _____

19                                           LAUREL BEELER
                                             United States Magistrate Judge
20
21
22
23
24
25
26
27
28